# STRADLEY RONON

**Benjamin E. Gordon**
bgordon@stradley.com
215.564.8752

**Stradley Ronon Stevens & Young, LLP**
2005 Market Street, Suite 2600
Philadelphia, PA 19103
Telephone 215.564.8000
Fax 215.564.8120
www.stradley.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/5/2022

MEMO ENDORSED

July 1, 2022

OK
Conference cancelled
*Colleen McMahon*
7/5/2022

**Via ECF**

The Honorable Colleen McMahon
United States District Judge
UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

Re: *Charles Equipment v. INNIO Waukesha, et al.,*
U.S.D.C. for the S.D.N.Y., No. 1:22-cv-02716-CM

Dear Judge McMahon:

This firm represents Plaintiff, Charles Equipment Energy Systems, LLC, in the above-captioned matter. I write on behalf of all parties, with the consent of counsel for Defendants, to jointly request an adjournment of the July 7, 2022 initial conference, set via the Court's April 5, 2022 Order [Dkt. 4]. Both Defendants have filed motions to dismiss. Charles's opposition briefing is due today and Defendants' reply briefing is due on July 15 [Dkt. 20]. The Court's Order provides, in paragraph 4, that, where a motion has been made, "[u]pon request, the court will adjourn the conference until the motion is fully briefed." The parties request adjournment of the initial conference to a date after the motions are fully briefed.

The parties thank the Court for its attention to this request,

Respectfully submitted,

Benjamin E. Gordon
*Admittted Pro Hac Vice*

cc: All Counsel of Record (via ECF)