**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
CHARLES EQUIPMENT ENERGY SYSTEMS, LLC,

                    Plaintiff,

    -against-                                 22 **CIVIL** 2716 (CM)

                                           **JUDGMENT**

INNIO WAUKESHA GAS ENGINES, INC. and
DRESSER, INC. a wholly owned subsidiary of
General Electric Company d/b/a Waukesha,

                    Defendants.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 24, 2022, Defendants' motion to dismiss is GRANTED.

The complaint is dismissed in its entirety. This constitutes the decision and order of the court.

This is a written decision.

**Dated:** New York, New York

       October 25, 2022

                                                            **RUBY J. KRAJICK**

                                                                 **Clerk of Court**

                                 **BY:**       *K. Mango*

                                                                 **Deputy Clerk**